UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL P. MELVILLE and MARY R. MELVILLE, husband and wife<br><br>Plaintiffs,<br><br>v.<br><br>CHASE BANK USA, N.A., et al.,<br><br>Defendants. | NO: 11-CV-0447-TOR<br><br>ORDER GRANTING STIPULATION AND AGREED MOTION TO DISMISS WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Agreed Motion to Dismiss without Prejudice (ECF No. 20). The parties agreed to dismiss the lawsuit without prejudice to afford time for the parties to work toward a modification of the loan that is the subject of this lawsuit.

//

//

//

//

ORDER GRANTING STIPULATION AND AGREED MOTION TO DISMISS WITHOUT PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to the parties' Stipulation and Agreed Motion to Dismiss without

3  Prejudice (ECF No. 20), all claims and causes of action in this matter are

4  **DISMISSED** without prejudice.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** February 12, 2013.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION AND AGREED MOTION TO DISMISS WITHOUT PREJUDICE ~ 2